## ASSIGNMENT OF MORTGAGE

**JPMorgan Chase Bank, National Association, Successor in interest from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank F.A..**, holder of a real estate mortgage

from **Bruce H. Neild**

to **Washington Mutual Bank, F.A.**

dated **November 30, 2004**

recorded in the Middlesex County (Northern District) Registry of Deeds in Book **18169**, Page **22**

assigns without recourse in any event said mortgage and the note and claim secured thereby to **Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2005-AR13 Trust** c/o JPMorgan Chase Bank, National Association, 7255 Baymeadows Way, Mailcode JAXA 2035, , Jacksonville, FL 32556.

*IN WITNESS WHEREOF*, the said **Washington Mutual Bank, F.A.** has caused its corporate seal to be affixed and these presents to be signed in its name and behalf by _Wanda Chapman_ its _Vice President_ this _24_ day of _February_, A.D. 2011.

Signed and sealed in the presence

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**
By: _[signature]_
Name: _Wanda Chapman_
Title: _Vice President_

STATE OF _S.C_
_Florence_, S.S.    _February 24_, 2011

Then personally appeared the above named _Wanda Chapman_, _Vice President_, and acknowledged the foregoing instrument to be the free act and deed of JPMorgan Chase Bank, National Association, before me,

Notary Public: _Debra Brown_
My Commission Expires: _9-7-2016_

DEBRA BROWN
Notary Public, State of South Carolina
My Commission Expires 09-07-2016

Property Address: 87 Oak Hill Road, Westford, Massachusetts

Stanton & Davis
1000 Plain Street
Marshfield, MA 02050